Fletcher H. HANSON et al., Appellants,

v.

The CHESAPEAKE AND OHIO RAILWAY COMPANY, a corporation, Appellee.

No. 9962.

United States Court of Appeals Fourth Circuit.

Argued Nov. 2, 1965.

Decided Nov. 4, 1965.

Robert O. Ellis, Huntington, W. Va., for appellants.

Edwin W. Conley, Huntington, W. Va. (Huddleston & Bolen, Huntington, W. Va., on brief), for appellee.

Before BOREMAN, BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs, oral argument and entire record, we find no error.

Affirmed.

Santa MARCO and Ernest Marco, Her Husband, and Catherine Fusco and Salvatore Fusco, Her Husband, Appellants,

v.

Francis J. PERRY, Jr. and Francis J. Perry, Sr.

No. 15138.

United States Court of Appeals Third Circuit.

Argued Sept. 17, 1965.

Decided Nov. 12, 1965.

John F. Dougherty, Jr., Philadelphia, Pa. (Bellis, Kolsby & Poplow, Philadelphia, Pa., on the brief), for appellant.

William S. Zink, Camden, N. J. (Bleakly, Stockwell & Zink, Camden, N. J., on the brief), for appellee Francis J. Perry, Jr.

Before BIGGS, Chief Judge, and MARIS and KALODNER, Circuit Judges.

PER CURIAM.

This case arises out of a collision between motor vehicles and the only substantial questions presented are whether or not the verdicts were contrary to the weight of the evidence or to the law. We are convinced that they were not. Though the amounts of damages allowed to the plaintiffs are asserted to be inadequate and to represent compromises by the jury, we are not convinced of this. Consequently, the judgments will be affirmed.